**Jeffery J. Matthews, OSB #973280**
jeffery.j.matthews@harrang.com
**Ben Miller, OSB #074690**
ben.miller@harrang.com
Harrang Long Gary Rudnick P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    (541) 485-0220
Facsimile:    (541) 686-6564
Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JOANN ALLEN ERNST, JAMIE ALLEN, JOANNA ALLEN and JACK ALLEN,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**CITY OF EUGENE, a municipality; Officer JOE KIDD, and Officer MATT LOWEN, in their individual capacity, and as a police official for the City of Eugene,**<br><br>    Defendants. | Case No. 10-6245-AA<br><br>**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>**Pursuant to Fed. R. Civ. P. 37**<br><br>**ORAL ARGUMENT REQUESTED** |

**LR 7-1(a) AND FED. R. CIV. P. 37(a)(1) CERTIFICATION**

The undersigned counsel certifies that he has made a good faith effort through written correspondence, email correspondence, phone calls, and in person meetings with plaintiffs' counsel, in an effort to obtain discovery without court action, but has been unable to do so.

Page 1 – **DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

# MOTION

Pursuant to Fed. R. Civ. P. 37, defendants move the court for an order as follows:

1.     Requiring plaintiffs to produce the following documents:

    a.     All medical records concerning the physical injuries and the mental suffering or conditions for which plaintiffs seek recovery of damages in this lawsuit;

    b.     All records concerning the "economic damages for reasonable medical/counseling expenses and attorney fees" which are referred to in the prayer for relief in plaintiffs' Complaint;

    c.     All medical bills or other records regarding any and all expenses paid by plaintiffs, or by anyone else on behalf of plaintiffs, including any insurance carrier, for injuries or conditions for which plaintiffs seek damages in this lawsuit;

    d.     All medical records of prior examination or treatment for any physical injury or mental condition of a similar nature to those for which plaintiffs are seeking recovery in this lawsuit; and

    e.     All documents which relate to criminal charges filed against plaintiffs at any time in their lives, including but not limited to, documents regarding arrests, prosecutions, convictions and incarcerations, including all records concerning the charges which were filed against plaintiffs as a result of the incident involved in this lawsuit.

2.     Requiring plaintiffs to pay defendants' reasonable expenses incurred in making this motion, including attorney's fees.

This motion is supported by Defendants' Memorandum in Support of Motion to Compel

/ / / /

/ / / /

/ / / /

Page 2 – **DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Production of Documents, the Declaration of Ben Miller with attached exhibits, and the court's file.

DATED this 1st day of March, 2011.

HARRANG LONG GARY RUDNICK P.C.

By:    s/ Ben Miller
Jeffery J. Matthews, OSB #973280
jeffery.j.matthews@harrang.com
Ben Miller, OSB #074690
ben.miller@harrang.com
Telephone:   (541) 485-0220
Facsimile:   (541) 686-6564

Of Attorneys for Defendants

CERTIFICATE OF SERVICE

I certify that on March 1, 2011, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** on the party or parties listed below as follows:

__X__    Via CM / ECF Filing

_____    Via First Class Mail, Postage Prepaid

_____    Via Email

_____    Via Personal Delivery

| | |
|---|---|
| Brian Michaels | Marianne Dugan |
| Attorney at Law | Attorney at Law |
| 259 E. 5th Avenue, Suite 300-D | 259 E. 5th Avenue, Suite 200-D |
| Eugene, OR 97401 | Eugene, OR 97401 |
| Of Attorneys for Plaintiffs | Of Attorneys for Plaintiffs |

HARRANG LONG GARY RUDNICK P.C.

By: ___s/ Ben Miller_____
    Jeffery J. Matthews, OSB #973280
    jeffery.j.matthews@harrang.com
    Ben Miller, OSB #074690
    ben.miller@harrang.com
    Telephone:    (541) 485-0220
    Facsimile:     (541) 686-6564

Of Attorneys for Defendants

00303623.DOC;1