BRIAN MICHAELS, OSB #925607
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon   97401
Telephone: (541) 687-0578
Fax:          (541) 686-2137
brian@brianmichaelslaw.com

MARIANNE DUGAN, OSB #93256
Co-Counsel
259 East Fifth Avenue, Suite 200-D
Eugene, Oregon   97401
Telephone: (541) 338-7072
Fax:          (866) 650-5213
mdugan@mdugan.com

  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| JOANN ALLEN ERNST, JAMIE ALLEN, JOANNA ALLEN, AND JACK ALLEN, | Case No.:  10-6245-AA |
| Plaintiffs, | UNOPPOSED MOTION TO EXTEND |
| v. | DISCOVERY AND PRETRIAL DEADLINES |
| CITY OF EUGENE, A MUNICIPALITY; Officer JOE KIDD, AND Officer MATT LOWEN, in their individual capacity, and as a police official for the City of Eugene, | |
| Defendants. | |

### LR 7.1(a) CERTIFICATION

Counsel for plaintiffs certifies that defendants' attorneys do not oppose this Motion, and in fact have conferred to achieve the details of this motion.

### MOTION

Defendants move for an extension of the deadlines set out in the court's Order of

PAGE 1 - MOTION TO EXTEND COURT IMPOSED DEADLINES

November 1, 2010. As required by Fed. R. Civ. P. 6(b)(1), there is good cause for the requested extensions of time. The parties need more time to complete discovery and other pretrial matters. This is the parties' second request for an extension of discovery and pretrial deadlines.

Counsel for both parties has a series of trial dates, along with some planned vacation. Counsel have also discussed the issue of several discovery matters to be pursued by the parties, with some likely to require the Court's involvement. For these reasons the parties agreed to these new dates:

Discovery deadlines --- November 18

Dispositive Motions---– December 17

The parties also agree to leave the deadline to complete fact and expert discovery on emotional distress/mental health counseling and treatment to be set after the court's ruling on summary judgment motions. All other existing court deadlines to be vacated and re-set after the court's ruling on dispositive motions.

Dated this 25th day of May 2011,

BY:
　_s/BRIAN MICHAELS_____
　BRIAN MICHAELS OSB 925607
　MARIANNE DUGAN, OSB #93256
　Attorneys for Plaintiff

PAGE 2 - MOTION TO EXTEND COURT IMPOSED DEADLINES

## CERTIFICATE OF SERVICE

I certify that on May 25, 2011, I served or caused to be served a true and complete copy of the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINES** on the party or parties listed below as follows:

**X**     Via CM / ECF Filing

          Via First Class Mail, Postage Prepaid

          Via Email

          Via Personal Delivery


**Jeffery J. Matthews, OSB #973280**
jeffery.j.matthews@harrang.com
**Ben Miller, OSB #074690**
ben.miller@harrang.com
Harrang Long Gary Rudnick P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone: (541) 485-0220
Facsimile: (541) 686-6564
Of Attorneys for Defendants


          Dated this 25th day of May 2011,
BY:
              _s/BRIAN MICHAELS_____
           BRIAN MICHAELS OSB 925607


PAGE 3 - MOTION TO EXTEND COURT IMPOSED DEADLINES